## IN RE REED

No. 706.   Decided January 12, 1970

*Warren B. Burt* for appellant.

*David P. Buckson,* Attorney General, and *Ruth M. Ferrell,* State Solicitor, for the State of Delaware.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## LYON *v.* FLOURNOY, CONTROLLER OF CALIFORNIA, ET AL.

No. 715.   Decided January 12, 1970

*Randal F. Dickey, Jr.,* and *Robert L. McCarty* for appellant.

*Thomas C. Lynch,* Attorney General of California, *Harold B. Haas,* Assistant Attorney General, and *William J. Power,* Deputy Attorney General, for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.